# Third District Court of Appeal

## State of Florida

Opinion filed November 16, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2206
Lower Tribunal No. 20-16054
_____

**Emmanuela Bruno,**
Appellant,

vs.

**BHUJ 1 LLC,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Beatrice Butchko, Judge.

The Monestime Firm, P.A., and Regine Monestime, for appellant.

Arnaldo Velez, P.A., and Arnaldo Velez; Salina Jivani, for appellee.

Before LOGUE, LINDSEY, and MILLER, JJ.

PER CURIAM.

Appellant Emmanuela Bruno challenges several orders on appeal. Only one is timely. In that order, Bruno challenges the trial court's denial of her objection to the judicial sale without an evidentiary hearing. Based on the record before us, we reverse and remand for an evidentiary hearing. See Arsali v. Chase Home Fin. LLC, 121 So. 3d 511 (Fla. 2013).

Reversed and remanded.